UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA KLEWINOWSKI,

       Plaintiff,

v.                          Case No. 8:13-cv-1204-T-33TBM

MFP, INC.,

       Defendant.

_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Mediation (Doc. # 16) filed on July 15, 2013, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator**:   James R. Betts, Esq.
    **Address**:           710 S. Boulevard
                            Tampa, Florida 33606
    **Telephone:**       (813) 254-3302

By agreement of the parties, the mediation conference is scheduled for **November 7, 2013, at 1:30 p.m.** at the office of First Choice Reporting, Tampa City Center-Verizon Building, 201 N. Franklin Street, Suite 1775, Tampa, Florida 33602. The parties are directed to mediate in good faith and to fully and faithfully explore every settlement opportunity. Furthermore, the Court directs that all counsel, parties, corporate representatives, and any other required claims professionals

shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. See Local Rule 9.05(c).

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 15th day of July, 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel and Parties of Record
Mediator: James R. Betts, Esq.
          710 S. Boulevard
          Tampa, Florida 33606