P. O. BOX 90
CLEARWATER, FL 33757

**RETURN SERVICE REQUESTED**
7814463

| | CHECK CARD USING FOR PAYMENT | |
|---|---|---|
| ☐ MASTERCARD ☐ VISA ☐ DISCOVER ☐ AMERICAN EXPRESS | | |
| CARD NUMBER | | AMOUNT |
| SIGNATURE | | EXP. DATE |
| DATE | ACCOUNT NUMBER | PAY THIS AMOUNT |
| 02-22-13 | 7814463 | SEE BELOW |
| You can pay Online at: www.fcsservices.com | SHOW AMOUNT PAID HERE | $ |

**RESPONSIBLE PARTY**

389-

LINDA KLEWINOWSKI
LOT 352
39248 US HIGHWAY 19 N
TARPON SPRINGS, FL 34689-7909

**REMIT TO**

FINANCIAL CREDIT SERVICES
P. O. BOX 90
CLEARWATER, FL 33757

---

02-22-13
ACCT:          7814463
Dear LINDA KLEWINOWSKI,

Your past due account with YOUR CREDITORS,
in the amount of $ 2245.52, was referred to Financial Credit
Services some time ago to arrange for payment. Some clients
might even consider a reduction of the total balance at this time.

In an effort to clear up this outstanding balance we can offer
you the ability to pay using the following options: VISA,
MASTERCARD, AMER EXPRESS, DISCOVER, CHECK-BY-PHONE (simply call
727-446-0018 or 800-488-3271.)

Or simply fill in the information requested and mail the top
portion of this letter as noted. We will promptly process this
payment and notify your creditor.

Thank you for your attention.
VIS3

www.fcsservices.com

# EXHIBIT A

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained
shall be used for that purpose.

FCS - 1337-1