UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LINDA KLEWINOWSKI**,
individually and on behalf
of those similarly situated,

    Plaintiff,

vs.                                      CASE NO. 8:13-cv-01204-VMC-TBM

**MFP, INC.** d/b/a
FINANCIAL CREDIT SERVICES,

    Defendant.

---

## DECLARATION OF LINDA KLEWINOWSKI IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR CLASS CERTIFICATION

---

1. I, Linda Klewinowski, declare under penalty of perjury that I am over the age of 18 and that the following statements are true.

2. I am the named Plaintiff in this action.

3. On February 22, 2013, the Defendant sent or caused to be sent to me, via U.S. Mail, a letter attempting to collect a debt or financial obligation incurred by me for primarily personal, family or household purposes (hereinafter the "Debt Collection Letter") and I received it shortly thereafter. A true and correct copy of the Debt Collection Letter is attached hereto as ***Exhibit 1***.

4. The Debt Collection Letter states, "[y]our past due account with YOUR CREDITORS, in the amount of $2245.52, was referred to Financial Credit Services some time ago to arrange for payment."

# EXHIBIT B

5. I was unable to determine either the identity of the "YOUR CREDITORS" or the amount owed to the specific creditors.

6. Further, had I actually paid the amount requested in the Debt Collection Letter, I would not have known what debt or debts were paid and what, if any, debts remained outstanding.

7. I understand that this lawsuit alleges that Defendant violated Federal law known as the Fair Debt Collection Practices Act (the "FDCPA") by making a false representation of the character, amount or legal status of my debt and by using a false representation or deceptive means to collect or attempt to collect a debt or obtain information from me.

8. Specifically, it was patently misleading, unfair, and abusive and misrepresents the character of the debt for Defendant to purposefully omit the specific names of the "CREDITORS" and fail to inform me of how many "CREDITORS" Defendant was referencing in the Debt Collection Letter, the identity of such "CREDITORS" and the specific amount owed to each "CREDITORS."

9. I understand that the proposed definition of the class I seek to represent is The FDCPA Class is defined as:

   a. All natural persons with Florida addresses who received collection letters and/or notices from the Defendant that reference "YOUR CREDITORS" without identifying the specific person or entity on whose behalf Defendant was attempting to collect a debt or the original creditor;

   b. During the one year period prior to the filing of this action through class certification;

   c. In an attempt by Defendant to collect a debt incurred for personal, household or family purposes; and

d. Such letter was not returned by the United States Postal Service.

10. I understand that the same or similar Debt Collection Letter was sent to 16,262 other individuals.

11. I understand that a class action is a lawsuit brought by at least one person, in this case me, on behalf of a group of people who have been treated in the same illegal manner by Defendant, in this case the others who received the same or similar Debt Collection Letter.

12. I am willing and able to be a representative of the class.

13. I understand that, as the class representative, I have the responsibility to see that the lawyers prosecute the case on behalf of the entire class and not just on my behalf.

14. I understand that I may have to testify at a deposition and/or trial and provide documents and information for use in this case.

15. I understand that this case cannot be dropped or settled without protecting the class members.

16. I understand that the Court has to approve any settlement or disposition on behalf of the class.

17. I have arranged for my attorneys to advance all costs of this action, including the cost of notification of the class in the event I am ordered to pay such costs.

18. I understand that I may be directed by the Court in certain circumstances to pay costs on a pro rata basis.

19. I understand that courts have sometimes awarded people money for serving as the class representative, but that I am not entitled to such money as a matter or right and that I have not been promised or guaranteed any money or other benefit for being the class representative.

20. I am not employed by or related to any of my attorneys. They will be paid as directed by the Court, if the case is successful, out of the Defendant's assets or the funds recovered for the class.

21. I have reviewed the terms of the proposed settlement in this matter and believe that the terms of such settlement protect me and the other class members. Specifically, knowing that under the terms of the settlement agreement, Defendant will not send the misleading Debt Collection Letter to my, any of the other class members or any other person.

22. Further, I believe that the amount to be paid by Defendant is more than fair and reasonable given that it is the highest amount the Defendant could be required to pay in this case.

23. I also believe that, given the large number of people in the class and the cap on recovery from Defendant, that a *cy pres* distribution of the amount is more beneficial to the class members than receiving a *pro rata* payment from Defendant.

Linda Klewinowski

STATE OF ILLINOIS
COUTNY OF Logan

SWORN TO AND SUBSCRIBED before me this 5th day of September, 2013, by Linda Klewinowski, who [ ] is personally known to me or [X] who produced driver's license K452-521-61-889-0 as identification.

NOTARY PUBLIC
Print Name:
My Commission Number:
My Commission Expires:

OFFICIAL SEAL
CANDY BROWN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/31/17

P. O. BOX 90
CLEARWATER, FL 33757

**RETURN SERVICE REQUESTED**
7814463

| | CHECK CARD USING FOR PAYMENT | |
|---|---|---|
| ☐ MASTERCARD | ☐ VISA ☐ DISCOVER | ☐ AMERICAN EXPRESS |
| CARD NUMBER | | AMOUNT |
| SIGNATURE | | EXP. DATE |
| DATE | ACCOUNT NUMBER | PAY THIS AMOUNT |
| 02-22-13 | 7814463 | SEE BELOW |

You can pay Online at: www.fcsservices.com

SHOW AMOUNT PAID HERE $

### RESPONSIBLE PARTY

389-

LINDA KLEWINOWSKI
LOT 352
39248 US HIGHWAY 19 N
TARPON SPRINGS, FL 34689-7909

### REMIT TO

FINANCIAL CREDIT SERVICES
P. O. BOX 90
CLEARWATER, FL 33757

---

02-22-13
ACCT: 7814463
Dear LINDA KLEWINOWSKI,

Your past due account with YOUR CREDITORS,
in the amount of $ 2245.52, was referred to Financial Credit
Services some time ago to arrange for payment. Some clients
might even consider a reduction of the total balance at this time.

In an effort to clear up this outstanding balance we can offer
you the ability to pay using the following options: VISA,
MASTERCARD, AMER EXPRESS, DISCOVER, CHECK-BY-PHONE (simply call
727-446-0018 or 800-488-3271.)

Or simply fill in the information requested and mail the top
portion of this letter as noted. We will promptly process this
payment and notify your creditor.

Thank you for your attention.
VIS3

www.fcsservices.com

Ex 1

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained shall be used for that purpose.

FCS - 1337-1

1337-02/22/13-060369