UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA KLEWINOWSKI,
individually and on behalf
of those similarly situated,

    Plaintiff,

vs.                        CASE NO. 8:13-cv-01204-VMC-TBM

MFP, INC. d/b/a
FINANCIAL CREDIT SERVICES,

    Defendant.
_____

### DECLARATION OF ROGER D. MASON, II IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR CLASS CERTIFICATION
_____

1. I was admitted to the Florida Bar on September 19, 2001 and was admitted to the U.S. District Court for the Middle District of Florida on July 22, 2004.

2. I worked as an associate at the law firm of Abbey Adams from 2001 through 2004, practicing insurance defense.

3. I worked as an associate at the law firm of Broad and Cassel from 2004 through 2009, practicing commercial litigation. During my time at Broad and Cassel I was involved in the defense of consumer class actions.

4. I worked as an associate at the law firm of Phelps Dunbar from 2009 through 2011, practicing complex commercial litigation and catastrophic personal injury.

# Exhibit C

5. I worked as a partner at the firm of Petruccelli Mason, LLP from 2011 through 2012, practicing commercial and consumer litigation.

6. I formed the firm of Roger D. Mason, II, P.A. in 2012 and my practice consists almost exclusively of litigating consumer claims. I have filed numerous consumer actions across the State of Florida, including class actions and Fair Debt Collections Practices Act ("FDCPA") actions.

7. I am knowledgeable, experienced and legally capable in the areas of consumer litigation, class action litigation and procedures, and FDCPA litigation.

8. I have the knowledge, experience and legal capability to fairly and adequately represent class members and protect their interests in the prosecution and resolution of FDCPA class action claims such as the claims in this case.

9. I, Roger D. Mason, II, hereby swear and affirm that the foregoing is true and correct.

_____
Roger D. Mason, II

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA KLEWINOWSKI,
individually and on behalf
of those similarly situated,

    Plaintiff,

vs.                                    CASE NO. 8:13-cv-01204-VMC-TBM

MFP, INC. d/b/a
FINANCIAL CREDIT SERVICES,

    Defendant.

## DECLARATION OF ZACHARY A. HARRINGTON IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR CLASS CERTIFICATION

1. I worked as a law clerk for the Florida law firm Broad and Cassel from May 2005 through law school and was hired as a Broad and Cassel associate attorney upon my formal admission to the Florida bar in September 2007.

2. Shortly thereafter, I was also admitted to practice in the United States District Courts for the Middle, Northern and Southern Districts of Florida, the United States Bankruptcy Courts for the Middle and Northern Districts of Florida and the Eleventh Circuit Court of Appeals.

3. I worked at Broad and Cassel as an associate attorney until May 2009 when two Broad and Cassel partners left Broad and Cassel to join the national law firm Hinshaw & Culbertson, LLP and asked me to join them at Hinshaw & Culbertson, LLP.

4. During my time at Hinshaw & Culbertson LLP, I was a member of the Firm's Business Litigation practice group and the Consumer & Class Action subgroup.

5. During my tenure with both Broad and Cassel and Hinshaw & Culbertson LLP, I was involved in the litigation/settlement of numerous Fair Debt Collections Practices Act ("FDCPA") cases and consumer class actions, including consumer class actions relating to alleged violations of the FDCPA.

6. I was an attorney at Hinshaw & Culbertson LLP from May 2009 until November 2012 when I voluntarily left Hinshaw & Culbertson LLP for my current law firm, Roger D. Mason, II, P.A.

7. At Roger D. Mason, II, P.A. I am almost exclusively a consumer rights attorney and have filed numerous consumer cases across the State of Florida, including class actions and unfair collection practices cases.

8. I am knowledgeable, experienced and legally capable in the areas of consumer litigation, class action litigation and procedures, and FDCPA litigation.

9. I have the knowledge, experience and legal capability to fairly and adequately represent class members and protect their interests in the prosecution and resolution of FDCPA class action claims such as the claims in this case.

10. I, Zachary A. Harrington, hereby swear and affirm that the foregoing is true and correct.

_____
Zachary A. Harrington

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LINDA KLEWINOWSKI,**
individually and on behalf
of those similarly situated,

    Plaintiff,

vs.                                                  CASE NO. 8:13-cv-01204-VMC-TBM

**MFP, INC.** d/b/a
FINANCIAL CREDIT SERVICES,

    Defendant.

## DECLARATION OF RYAN HASANBASIC IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR CLASS CERTIFICATION

1. In or around May 2007, I graduated from Stetson University College of Law.

2. I worked as an associate for Phelps Dunbar LLP upon my formal admission to the Florida bar.

3. I was an attorney at Phelps Dunbar from September, 2007 until March, 2011 when I voluntarily left Phelps Dunbar to form Disparti Fowkes & Hasanbasic, P.A. During my time at Phelps Dunbar I worked in the litigation department. In this capacity I litigated a variety of cases, including class actions.

4. Since I joined Disparti Fowkes & Hasanbasic, P.A., I have primarily represented consumers in consumer rights actions. I have filed numerous consumer cases across the State of Florida, in both state and federal court, including unfair collection practices cases and one class action for violations of the FDCPA.

5. I have successfully pursued numerous FDCPA claims on behalf of Florida consumers.

6. I possess the knowledge, experience and legal capability in the areas of consumer litigation, class action litigation and procedures, and FDCPA litigation.

2 of 2

7. I have the knowledge, experience and legal capability to fairly and adequately represent class members and protect their interests in the prosecution of FDCPA claims such as the claims in this case.

Ryan C. Hasanbasic

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LINDA KLEWINOWSKI**,
individually and on behalf
of those similarly situated,

    Plaintiff,

vs.                                         CASE NO.  8:13-cv-01204-VMC-TBM

**MFP, INC.** d/b/a
FINANCIAL CREDIT SERVICES,

    Defendant.

---

## DECLARATION OF PAUL FOWKES IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR CLASS CERTIFICATION

---

1. In or around May 2003, I graduated from Washington University School of Law.

2. I worked as a law clerk for Dennis Hernandez & Associates, P.A. in Tampa, Florida and as an associate upon my formal admission to the Florida bar.

3. Shortly thereafter, I started the firm of Plante, Komninos & Fowkes, PLLC. During my time with this firm from 2004-2006, I primarily handled commercial disputes from the Plaintiff's side.

4. In April, 2007, I joined the law firm of Butler Pappas Weihmuller Katz Craig, LLP ("Butler Pappas"). During my time at Butler Pappas, I was a member of the Firm's Subrogation practice group.

5. In April, 2008, I voluntarily left Butler Pappas to join the firm of Phelps Dunbar, LLP. During my time with Phelps Dunbar, I was a member of the Firm's commercial litigation practice group. During my tenure with Phelps Dunbar, I was involved in the litigation of numerous complex commercial cases, including commercial collections, trade secrets, non-compete/non-solicitation, and federal *qui tam* actions.

6. I was an attorney at Phelps Dunbar from April, 2008 until March, 2011 when I voluntarily left Phelps Dunbar to form Disparti Fowkes & Hasanbasic, P.A.

7. At Disparti Fowkes & Hasanbasic, P.A., we are primarily a consumer rights firm. We have filed numerous consumer cases across the State of Florida, including unfair collection practices cases and one class action for violations of the FDCPA.

8.    I possess the knowledge, experience and legal capability in the areas of consumer litigation, class action litigation and procedures, and FDCPA litigation.

9.    I have the knowledge, experience and legal capability to fairly and adequately represent class members and protect their interests in the prosecution of FDCPA claims such as the claims in this case.

_____
Paul R. Fowkes