# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA KLEWINOWSKI, an
individual, on behalf of herself
and all others similarly situated,

      Plaintiff,

vs.

Case No. 8:13-CV-1204-T-33-TBM

MFP, INC. d/b/a FINANCIAL CREDIT
SERVICES

      Defendant.
_____/

### AFFIDAVIT OF DEBORAH KELLY, EXECUTIVE DIRECTOR OF MFP, INC. D/B/A FINANCIAL CREDIT SERVICES

I, DEBORAH KELLY, being first duly sworn on oath or upon affirmation, depose and state that I am the Executive Director of MFP, Inc. d/b/a Financial Credit Services, that I am of legal age with full authority to make the statements contained herein based on personal knowledge, that I declare under penalty of perjury under the laws of the State of Florida that the following is true and correct, and if called as a witness, I could competently testify to the matters stated herein as follows:

1. I am the Executive Director of the Defendant, MFP, Inc. d/b/a Financial Credit Services, incorporated in the State of Florida and has its principal place of business located at 628 Bypass Drive, Clearwater, Florida.

2. That I have personal knowledge of the financial records for the Defendant and have reviewed such records to determine the net worth of the corporation as of December 31, 2012.

3. According to the financial records of the Defendant, the net worth of the Defendant as of December 31, 2012 was $1,775,820.00.

4. Defendant as a part of the settlement of this case, has agreed to pay one percent of the Defendant's net worth, namely $17,758.20. as a cy pres distribution to Bay Area Legal Services of Tampa on behalf of the Class.

FURTHER AFFIANT SAYTH NOT.

Dated this 20th day of November, 2013

MFP, INC. d/b/a FINANCIAL CREDIT SERVICES

By: _____

DEBORAH KELLY, Executive Director

Subscribed and sworn to before me on this 20th day of November, 2013.

_____
Notary Public

Notary Public State of Florida
Julie Gorman
My Commission EE093914
Expires 05/15/2015

My commission expires: 5/15/2015