UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA KLEWINOWSKI, an individual and on behalf of those similarly situated,,

   Plaintiff,

v.

Case No.: 8:13-cv-1204

MFP, INC., d/b/a FINANCIAL CREDIT SERVICES,

   Defendant.
_____/

## NOTICE OF COMPLIANCE

COMES NOW, the Defendant, MFP, INC. d/b/a FINANCIAL CREDIT SERVICES, by and through its undersigned counsel, and hereby files its Notice of Compliance confirming that on December 20, 2013, the Defendant provided formal Notice Under the Class Action Fairness Act to the Office of the Attorney General of the State of Florida and the Attorney General for the U.S. Department of Justice notifying their offices that the above captioned matter has been certified as a class action settlement.

Dated this 14th day of January, 2014.

Respectfully submitted,
/s/ *Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on January 14, 2014, via the Court Clerk's CM/ECF system which will provide notice to the following: Ryan C. Hasanbasic, Esquire at rhasanbasic@dfhlawfirm.com.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
Kohlmyer@urbanthier.com
Urban, Thier, Federer & Chinnery, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL  32801
Phone: (407) 245-8352
Fax: (407) 245-8361
*Attorneys for Defendant*