UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA KLEWINOWSKI, an
individual and on behalf of those
similarly situated,,

   Plaintiff,

v.

MFP, INC., d/b/a FINANCIAL
CREDIT SERVICES,

   Defendant.
_____/

Case No.: 8:13-cv-1204

## NOTICE OF FILING VERIFICATION OF PUBLICATION

COMES NOW, the Defendant, MFP, Inc. d/b/a FINANCIAL CREDIT SERVICES, by and through its undersigned counsel, and hereby files the Verification of Publication of Notice of Class Action attached hereto with the Clerk of Court.

Dated this 14th day of January, 2014.

                              Respectfully submitted,
                              /s/ *Ernest H. Kohlmyer, III*
                              Ernest H. Kohlmyer, III

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on January 14, 2014, via the Court Clerk's CM/ECF system which will provide notice to the following: Ryan C. Hasanbasic, Esquire at rhasanbasic@dfhlawfirm.com.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
Kohlmyer@urbanthier.com
Urban, Thier, Federer & Chinnery, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL  32801
Phone: (407) 245-8352
Fax: (407) 245-8361
*Attorneys for Defendant*