UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA KLEWINOWSKI,
an individual and on behalf of those
similarly situated,

    Plaintiff,

CASE NO. 8:13-cv-01204-VMC-TBM

vs.

MFP, INC. d/b/a
FINANCIAL CREDIT SERVICES,

    Defendant.
_____/

## NOTICE OF FILING PLAINTIFF'S ATTORNEYS' FEE AND COST RECORDS

Plaintiff, by and through her undersigned counsel and pursuant to this Court's Order entered on April 1, 2014 (D.E. 34), hereby submits the attached Attorney Time / Billing Record outlining Plaintiff's counsels' reasonable attorneys' fees and costs incurred in the above-styled action to date. *See* **Exhibit A**. In addition to the attorneys' fees incurred to date, it is anticipated that Plaintiff's attorneys will incur at least an additional 5-8 hours for future tasks in this action, including preparation for the fairness hearing on April 10, 2014, attendance of the fairness hearing, issues pertaining to oversight of the *cy pres* distribution, and all further tasks that arise from the settlement period through dismissal. Given the uncertainty regarding the precise amount of time that will be incurred to finalize this matter, Plaintiff and Defendant have agreed to settle all of Plaintiff's attorneys' fees and costs in this action for $16,000 -- an amount which both parties have stipulated to as a reasonable amount of attorneys' fees and costs in this case. *See* Joint Motion For Final Approval Of Class Action Settlement And Approval Of Stipulated Award Of Attorneys' Fees And Costs (D.E. 33).

Due to the parties' stipulation, Plaintiff has not retained an expert witness to provide an opinion as to the reasonableness of Plaintiff's attorneys' fees in this matter in order to minimize costs. Courts in the Middle District of Florida have found such testimony unnecessary in light of a stipulation like the parties have reached in this case. *See, e.g., Thornburg v. F & R Aluminum, Inc.*, 2008 WL 1327257, at FN1 (M.D. Fla. Apr. 10, 2008) ("Both parties urge this Court to approve the Settlement Agreement, including the amount to be paid to Plaintiffs' counsel in fees and costs. The Court, therefore, finds it unnecessary to inquire into the reasonableness of the hourly rate charged by Plaintiffs' counsel, and accepts the parties' stipulation as to the reasonableness of the attorneys' fees and costs."); *Brooks v. Continental Property Services, Inc.*, 2008 WL 781825, at FN1 (M.D. Fla. Mar. 19, 2008) (same); *Rodriguez v. Express Check Cashing II, Inc.*, 2008 WL 341373, at FN1 (M.D. Fla. Feb. 5, 2008) (same); *Saxon v. Emeritus Properties-NGH, LLC*, 2007 WL 2892569, at FN1 (M.D. Fla. 2007) (same); *Vanslambrouck v. Palmas, Inc.*, 2006 WL 288237, at *3 (M.D. Fla. Jan. 31, 2006) (same). In the event that the Court deems an attorneys' fee expert opinion necessary notwithstanding the parties' stipulation, Plaintiff requests that the Court grant her 20 days from the date of the Court's ruling to submit such additional support.

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

                    Respectfully submitted,

/s/ Ryan C. Hasanbasic
Paul R. Fowkes, Esq.
Fla. Bar No. 723886
pfowkes@DFHlawfirm.com
Ryan C. Hasanbasic, Esq.
Fla. Bar No. 044119
rhasanbasic@DFHlawfirm.com
**DISPARTI FOWKES & HASANBASIC, P.A.**
2203 North Lois Avenue, Suite 830
Tampa, Florida 33607
(813) 221-0500
(813) 228-7077 (Facsimile)

-and-

/s/ Roger D. Mason
Roger D. Mason, II, Esq.
rmason@flautolawyer.com
Florida Bar No. 504793
Zachary A. Harrington, Esq.
zharrington@flautolawyer.com
Florida Bar No. 044104
**ROGER D. MASON, II, P.A.**
5135 West Cypress Street, Suite 102
Tampa, Florida 33607
Telephone: (813) 304-2131