# EXHIBIT A

# ATTORNEY TIME/BILLING RECORD

Client:             Linda Klewinowski (class action)
Opposing side:      MFP, Inc.
File Opened:        April 30, 2013
Matter Description: Klewinowski et al. v. MFP, Inc.

**LEGAL SERVICES RENDERED**

| Attorney | Work Performed | Date | Time/Fee |
|---|---|---|---|
| R. Hasanbasic | Meet with client, discuss legal issues and potential claim, discuss issues pertaining to potential class action (serving as a class rep, differences between class litigation and individual litigation) | 4/30/13 | .8 |
| P. Fowkes | Prepare a draft class action complaint and forward to co-counsel for review and revision | 5/1/13 | 1.7 |
| P. Fowkes | Legal research re class actions in similar cases, pull and analyze discovery served in same | 5/3/13 | .6 |
| Z. Harrington | Review and revise class representation complaint | 5/3/13 | .7 |
| R. Mason | Analyze class claims, conference regarding complaint, and revise same | 5/3/13 | .7 |
| R. Hasanbasic | Teleconference with opposing counsel re liability issues, damage issues, class certification issues, and case management issues; analyze strategy going forward following the telephone conference | 5/9/13 | .8 |
| R. Hasanbasic | Teleconference with client re status | 5/10/13 | .2 |
| R. Mason | Analysis and evaluation of claim for settlement value and conference with co-counsel regarding the same | 5/22/13 | .6 |
| R. Hasanbasic | Draft correspondence to opposing counsel in follow up to issues discussed during last teleconference | 5/22/13 | .1 |
| R. Hasanbasic | Review and analysis of correspondence from opposing counsel re issues pertaining to pursuing this case as a class vs. individual basis and settlement possibilities | 5/22/13 | .1 |
| R. Hasanbasic | Review and analysis of Defendant's Answer and Affirmative Defenses | 5/23/13 | .3 |
| R. Hasanbasic | Review and analysis of Defendant's | 5/23/13 | .1 |

| | Interested Persons Statement / Corporate Disclosures | | |
|---|---|---|---|
| R. Hasanbasic | Teleconference with client re case management / scheduling issues | 6/3/13 | .1 |
| R. Hasanbasic | Review records and prepare Interested Persons Statement, witnesses, etc. | 6/4/13 | .3 |
| R. Hasanbasic | Draft correspondence to opposing counsel re litigation issues, deadlines, and filing a joint motion to hold a telephonic case management conference | 6/4/13 | .2 |
| R. Hasanbasic | Review correspondence from opposing counsel re case management issues and filing a joint motion re same | 6/5/13 | .1 |
| R. Hasanbasic | Review proposed case management report prepared by opposing counsel and consider how class issues may impact proposed deadlines | 6/5/13 | .3 |
| R. Mason | Analysis regarding proposed mediator and research regarding defendant's net worth | 6/7/13 | .5 |
| R. Hasanbasic | Draft joint motion to hold telephonic case management conference and review order granting same | 6/10/13 | .2 |
| R. Hasanbasic | Draft correspondence to opposing counsel re several litigation issues with the proposed mediator, mediation deadlines, damages caps, and expert disclosures | 6/10/13 | .2 |
| R. Hasanbasic | Review correspondence from opposing counsel re litigation issues raised in prior correspondence | 6/10/13 | .1 |
| R. Hasanbasic | Review and analysis of revised case management report proposed by opposing counsel and consider how the substance of same may impact litigation | 6/10/13 | .3 |
| R. Hasanbasic | Review and analysis of relevant legal authority regarding potential class damages in cases where the 1% cap is a low amount, and consider strategy for dealing with a potential deminimus recovery | 6/10/13 | .6 |
| R. Hasanbasic | Participate in a telephonic case management conference with opposing counsel; review and analyze strategy re potential conflicts between mediation and class certification | 6/10/13 | .4 |
| R. Hasanbasic | Review and analysis of relevant legal | 6/10/13 | .3 |

| | authority to determine whether attorneys' fees may be awarded above the caps in FDCPA claims | | |
|---|---|---|---|
| R. Mason | Review and analyze proposed case management report and conference with co-counsel regarding proposed revisions | 6/10/13 | .4 |
| R. Mason | Analyze claim based on defendant's proposed individual basis | 6/10/13 | .3 |
| R. Hasanbasic | Review the Court's Case Management and Scheduling Order | 6/14/13 | .1 |
| R. Hasanbasic | Contact Ms. Klewinowski and prepare Plaintiff's Rule 26 initial disclosures | 7/8/13 | .4 |
| R. Hasanbasic | Review and analysis of Defendant's Rule 26 disclosures and insurance declarations | 7/8/13 | .3 |
| Z. Harrington | Review initial disclosures | 7/8/13 | .1 |
| R. Hasanbasic | Review correspondence from opposing counsel re mediation issues | 7/10/13 | .1 |
| R. Hasanbasic | Correspondence to and from opposing counsel re complying with the Court's mediation notice procedures | 7/11/13 | .1 |
| R. Hasanbasic | Review the Court's Order appointing James Betts as mediator and setting mediation for November 7, 2013 | 7/15/13 | .1 |
| R. Mason | Analyze deadline for filing motion for class certification and conference regarding same | 7/15/13 | .1 |
| Z. Harrington | Review mediation order | 7/15/13 | .1 |
| R. Hasanbasic | Draft interrogatories specific to the issues involved in the instant action | 7/16/13 | 1.2 |
| R. Hasanbasic | Draft requests for production specific to the issues involved in the instant action | 7/16/13 | .9 |
| R. Hasanbasic | Draft correspondence to opposing counsel re class certification and discovery issues | 7/16/13 | .2 |
| R. Mason | Review, analyze and revise discovery requests to defendant | 7/16/13 | .7 |
| R. Hasanbasic | Review correspondence from opposing counsel re the potential class size | 7/16/13 | .1 |
| R. Hasanbasic | Review correspondence from opposing counsel re class issues and Defendant's settlement proposal; review and analysis of separate attachment setting forth all potential terms of Defendant's proposed settlement proposal; review and analysis of separate proposed Class Action Settlement Agreement | 7/18/13 | 1.5 |

| | | | |
|---|---|---|---|
| | submitted by Defendant (25 pages); analyze the pros and cons of settlement terms proposed by Defendant | | |
| Z. Harrington | Review settlement proposal and conference regarding offer | 7/18/13 | .3 |
| R. Mason | Review and analyze proposed settlement agreement and conference with co-counsel regarding the same | 7/18/13 | 1.1 |
| R. Hasanbasic | Meeting with co-counsel to analyze and discuss litigation strategy, issues with Defendant's proposed Class Notice, Defendant's proposed settlement terms, and class certification | 7/19/13 | 1.7 |
| Z. Harrington | Meeting with co-counsel regarding strategy and proposed settlement offer and proposed documents | 7/19/13 | 1.7 |
| R. Hasanbasic | Teleconference with client re status update | 7/19/13 | .2 |
| R. Hasanbasic | Draft correspondence to opposing counsel identifying numerous issues and problems with Defendant's proposed documents submitted on 7/18/13 | 7/23/13 | .3 |
| R. Hasanbasic | Review correspondence from opposing counsel re Defendant's position on potential settlement issues and attorneys' fees | 7/23/13 | .1 |
| R. Mason | Review correspondence from defendant | 7/23/13 | .1 |
| R. Hasanbasic | Draft and review six correspondences to and from opposing counsel re settlement issues and attorneys' fee issues | 7/24/13 | .6 |
| R. Hasanbasic | Review correspondence from opposing counsel re litigation issues that arose after his meeting with corporate counsel | 7/25/13 | .1 |
| R. Hasanbasic | Multiple correspondence to and from opposing counsel re class certification issues and a possible motion for extension of time to file same | 7/31/13 | .3 |
| R. Hasanbasic | Draft a motion for extension of time to file the motion for class certification, and a memorandum of law supporting same | 7/31/13 | .4 |
| R. Hasanbasic | Review Court's order granting motion for extension | 7/31/13 | .1 |
| Z. Harrington | Review Order on Motion for Extension | 7/31/13 | .1 |
| R. Hasanbasic | Review and analysis of voluminous "draft" documents submitted by | 8/5/13 | 2.1 |

| | Defendant, including: Defendant's proposed revised Class Action Settlement Agreement, Defendant's proposed Class Notice, Joint Motion for Preliminary Approval of Class Action Settlement Agreement, proposed Order Granting Joint Motion for Preliminary Approval of Class Action Settlement Agreement, and proposed Final Order Approving Class Action Settlement and Payment of Attorneys' Fees to Class Counsel; consider Plaintiff's interests regarding same; analyze issues arising in said documents to determine whether any modifications are required | | |
|---|---|---|---|
| R. Hasanbasic | Correspondence to and from opposing counsel following up on the documents submitted by Defendant on 8/5/13 | 8/19/13 | .2 |
| Z. Harrington | Begin research for and begin preparing motion for class certification | 8/19/13 | 3.4 |
| Z. Harrington | Continued research for and continue preparing motion for class certification | 8/21/13 | 2.2 |
| R. Mason | Review, analyze and revise motion for class certification | 8/21/13 | 1.5 |
| Z. Harrington | Finalize draft motion for class certification and circulate to co-counsel | 8/22/13 | 3.9 |
| R. Hasanbasic | Review draft Motion for Class Certification prepared by Z. Harrington and revise same | 8/22/13 | 1.6 |
| R. Hasanbasic | Draft correspondence to opposing counsel re Motion for Class Certification | 8/23/13 | .1 |
| R. Hasanbasic | Numerous correspondences to and from opposing counsel re class certification issues and potential settlement issues | 8/28/13 | .3 |
| R. Hasanbasic | Further review of all revisions to settlement documents, proposed motions, and class notice and advise opposing counsel that same are acceptable to Plaintiff | 8/28/13 | .5 |
| R. Hasanbasic | Correspondence to client, enclosing the draft settlement agreement, and providing advice re executing same | 8/28/13 | .1 |
| R. Hasanbasic | Review revised execution page to the settlement agreement and forward same to client for execution | 8/29/13 | .1 |
| Z. Harrington | Prepare declaration of Plaintiff in support of class certification | 9/3/13 | .9 |

| R. Hasanbasic | Review Plaintiff's Class Representative declaration prepared by Z. Harrington and prepare revisions to same | 9/3/13 | .3 |
|---|---|---|---|
| R. Hasanbasic | Draft declaration of Ryan Hasanbasic in support of class counsel certification | 9/4/13 | .3 |
| P. Fowkes | Draft declaration of Paul Fowkes in support of class counsel certification | 9/4/13 | .4 |
| R. Hasanbasic | Review and analysis of opposing counsel's proposed modifications to the proposed Motion for Class Certification | 9/4/13 | .2 |
| Z. Harrington | Review and analysis of proposed changes to motion for class certification | 9/4/13 | .2 |
| R. Mason | Prepare declaration of Roger Mason | 9/5/13 | .4 |
| Z. Harrington | Prepare attorney declaration | 9/5/13 | .3 |
| R. Hasanbasic | Multiple correspondence to and from opposing counsel re final issues with the Motion for Class Certification | 9/5/13 | .2 |
| R. Hasanbasic | Teleconference with opposing counsel re issues with the Motion for Class Certification; make additional revisions to the Motion per our conversation; send the final version of the Motion to opposing counsel for review | 9/5/13 | .4 |
| R. Hasanbasic | Review opposing counsel's modifications to the draft Joint Motion for Preliminary Approval of Settlement Agreement (45 pages); make additional modifications; correspondence to and from opposing counsel re same | 9/9/13 | .7 |
| R. Mason | Review and analyze proposed joint motion for preliminary approval of settlement agreement | 9/9/13 | .5 |
| Z. Harrington | Review order | 9/12/13 | .2 |
| R. Hasanbasic | Review Court's Order Granting Class Certification | 9/12/13 | .2 |
| R. Hasanbasic | Teleconference with Plaintiff re status update | 9/12/13 | .2 |
| R. Hasanbasic | Review and analysis of final version of the Class Notice submitted by Defendant; correspondence to and from opposing counsel re the Class Notice; review submission by opposing counsel to Judge Covington's chambers | 9/23/13 | .3 |
| R. Hasanbasic | Review and analysis of the Court's Order denying the Motion for Preliminary Approval of Class Action Settlement without prejudice; prepare correspondence to opposing counsel re | 10/15/13 | .5 |

| | issues that need to be addressed re settlement | | |
|---|---|---|---|
| Z. Harrington | Review and analysis of Order denying Preliminary Approval of Class Settlement with Prejudice | 10/15/2013 | .2 |
| R. Hasanbasic | Review correspondence from opposing counsel's office re mediation cancellation | 10/18/13 | .1 |
| R. Hasanbasic | Numerous correspondence to and from opposing counsel re addressing issues to effectuate a class settlement and attorneys' fee issues | 10/21/13 | .6 |
| R. Hasanbasic | Review correspondence from opposing counsel re amended settlement agreement issues and attorneys' fee issues | 10/24/13 | .1 |
| R. Hasanbasic | Draft correspondence to opposing counsel re attorneys' fee issues | 10/29/13 | .1 |
| R. Hasanbasic | Review correspondence from opposing counsel re fee issues | 11/11/13 | .1 |
| R. Hasanbasic | Teleconference with opposing counsel re issues to get settlement preliminarily approved by the Court | 11/12/13 | .3 |
| R. Hasanbasic | Review correspondence from opposing counsel and attachments, including: the Renewed Joint Motion for Preliminary Approval of Settlement, the Affidavit of Deborah Kelly re MFP's net worth, the Class Notice, the draft Settlement Agreement, and proposed order re the draft settlement agreement | 11/21/13 | .9 |
| R. Hasanbasic | Review Court's Order granting the Renewed Joint Motion for Preliminary Approval of Settlement | 12/5/13 | .1 |
| R. Hasanbasic | Review Court's Notice of Hearing re: fairness hearing | 12/5/13 | .1 |
| R. Hasanbasic | Review correspondence from opposing counsel re: class notice; review and analysis of the class notice that was published | 12/31/13 | .2 |
| R. Hasanbasic | Review correspondence from opposing counsel re upcoming issues for the fairness hearing | 1/3/14 | .1 |
| Z. Harrington | Review correspondence regarding publication in USA Today | 1/6/2014 | .1 |
| Z. Harrington | Review proof version of notice | 1/6/2014 | .1 |
| R. Hasanbasic | Analysis of the Notice of Compliance | 1/14/14 | .1 |

| | and Filing Verification of Publication filed by Defendant | | |
|---|---|---|---|
| R. Hasanbasic | Correspondence to and from opposing counsel re issues pertaining to final approval of settlement and attorneys' fees | 2/27/14 | .2 |
| Z. Harrington | Review correspondence from opposing counsel regarding attempt to agree to attorneys' fees and costs and conference regarding attorneys' fees and costs from current through fairness hearing | 2/27/2014 | .5 |
| R. Hasanbasic | Numerous correspondence to and from opposing counsel re: settlement issues pertaining to attorneys' fees | 3/10/14 | .3 |
| R. Hasanbasic | Analysis of the draft Final Order Approving Class Settlement and Payment of Attorneys' Fees to Class Counsel, prepare revisions and modifications to same | 3/17/14 | .5 |
| R. Hasanbasic | Correspondence to and from opposing counsel re suggested modifications to the Final Order Approving Class Settlement | 3/17/14 | .2 |
| R. Mason | Review and analyze proposed final order | 3/17/14 | .3 |
| R. Mason | Prepare correspondence to co-counsel regarding same | 3/17/14 | .2 |
| R. Hasanbasic | Correspondence to and from opposing counsel re various issues pertaining to final approval of the proposed class settlement | 3/18/14 | .2 |
| R. Hasanbasic | Review and analysis of the Joint Motion for Final Approval of Class Action Settlement Agreement and Approval of Stipulated Award of Attorneys' Fees and Costs and determine whether revisions and modifications need to be made | 3/20/14 | .4 |
| Z. Harrington | Review and analysis of proposed final order and Joint Motion | 3/25/2014 | .4 |
| R. Hasanbasic | Review Order pertaining to stipulated attorneys' fees | 4/1/14 | .1 |
| Z. Harrington | Review Order | 4/1/2014 | .1 |
| Z. Harrington | Review Order resetting fairness hearing | 4/2/2014 | .2 |
| R. Hasanbasic | Research relevant case law regarding the necessity of submitting expert opinions to support attorneys' fees and costs in cases where the parties have | 4/2/14 | .9 |

|  | reached an agreement on fees and costs |  |  |
|---|---|---|---|
| R. Hasanbasic | Review Order resetting fairness hearing | 4/2/14 | .1 |
| R. Hasanbasic | Draft a notice regarding Plaintiff's attorneys' fees and supporting case law | 4/4/14 | .8 |

**Attorney Time:**

| Attorney | Total Hours | Hourly Rate | Total Amount |
|---|---|---|---|
| P. Fowkes | 2.7 | $275 | $742.50 |
| R. Hasanbasic | 29.1 | $275 | $8,002.50 |
| Z. Harrington | 15.7 | $275 | $4,317.50 |
| R. Mason | 7.4 | $275 | $2,035.00 |

Total: $15,097.5

**Costs/Expenses:**

| Expense Description | Expense |
|---|---|
| Filing Fee | $350 |
| Issuance of Summons | $45 |

Total: $395.00

## TOTAL ATTORNEYS' FEES AND COSTS $15,492.50